UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK MONTEZ HARRIS, aka RODERICK HARRIS,<br><br>        Petitioner,<br><br>vs.<br><br>V.M. ALMAGER,<br><br>        Respondent. | Case No. CV 08-4432-VAP(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

//

//

1    This Court finds that an appeal would not be taken in good
2 faith, and that petitioner has not made a substantial showing that
3 he has been denied a constitutional right, for the reasons set forth
4 in the Report and Recommendation of the United States Magistrate
5 Judge; accordingly, a certificate of appealability should not issue
6 under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  Slack v.
7 McDaniel, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d
8 542 (2000); Mayfield v. Calderon, 229 F.3d 895, 900 (9th Cir. 2000).

10     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11 Order and the Magistrate Judge's Report and Recommendation by the
12 United States mail on petitioner.

14 DATED: _September 15, 2010__

                                    _____
                                         VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE

17 R&Rs\08-4432.ado2
   9/7/10

2