UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK MONTEZ HARRIS, aka RODERICK HARRIS, | ) Case No. CV 08-4432-VAP(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| V.M. ALMAGER, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE:  September 15, 2010

_/s/ Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R\08-4432.jud
8/4/10